# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT E. ARGUE, III,** | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| v. | : | NO. 02-CV-9521 |
| **DAVID DAVIS ENTERPRISES, INC. t/a DAVIS ACURA** | : | |
| **Defendant.** | : | |

## ORDER

AND NOW, this _____ day of _____, 2008, upon consideration of plaintiff's Petition for Attorneys' Fees and Costs and defendant David Davis Enterprises, Inc. t/a Davis Acura's Response thereto, IT IS HEREBY ORDERED that plaintiff's Motion is DENIED.

_____

J.