
## COMMUNITY LEGAL SERVICES
OF PHILADELPHIA

## Attorney Fees

*Explanatory Notice to the Public*

CLS never charges attorney's fees to its clients, although in some cases clients are asked to pay for court filing fees or other out of pocket expenses

The attached chart lists the fee schedule used by CLS only in cases in which the law allows for the award of attorney's fees from opposing parties in order to compensate CLS for the legal services provided to its clients.

RANGE OF HOURLY RATES*, Effective April 1, 2006

| Attorneys post-law school experience under 2 years | $150-170 |
|---|---|
| Attorneys 2-5 year's experience | $160-200 |
| Attorneys 6-10 year's experience | $200-230 |
| Attorneys 11-15 year's experience | $240-300 |
| Attorneys 16-20 year's experience | $275-315 |
| Attorneys 21-25 year's experience | $290-330 |
| Attorneys more than 25 year's experience | $325-410 |
| Law Students | $70-120 |
| Paralegal I and II | $70-90 |
| Senior and Supervisory Paralegal | $90-120 |

*These rates do not reflect any adjustment for contingency, and are based on Philadelphia law firm market survey data.

**THESE FEES ARE NOT CHARGED TO CLS CLIENTS. SEE NOTICE ABOVE.**

EXHIBIT "B"